`16cv22195 Altonaga/ White

FILED by __PG__ D.C.

JUN 1 5 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

# United States District Court

| | |
|---|---|
| | **District** Southern District of Florida |
| **Name of Movant** Alton Montina | **Prisoner No.** 59067-004 | **Case No.** 98-717-cr-Roettger |
| **Place of Confinement** Miami FCI | | |

UNITED STATES OF AMERICA            V.     Alton Montina

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   United States District Court, Southern District of Florida
   n  299 East Broward Blvd., Ft. Lauderdale, FL 33301

2. Date of judgment of conviction __Approximately November, 1999__

3 Length of sentence __370 months__

4. Nature of offense involved (all counts) __Bank Robbery and Carrying Firearm During__

   __Crime of Violence:(1) (3) 18 U.S.C. § 2113(a)(d);__

   __Counts: (2),(4) 18 U.S.C.§ 924(c)  use and carrying a Fireaem.__

5. What was your plea? (Check one)
   (a) Not guilty        ☒
   (b) Guilty            ☐
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

cat/div 510/ Dade

Case # _____

Judge _____ Mag. PAW

Motn Ifp _____ Fee pd $ _____

Receipt # _____

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court     United States Court of Appeals, Eleventh Circuit

(b) Result     Affirmed

(c) Date of result     Approximately March, 2001

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes", give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
       Yes ☐ No ☐

    (5) Result _____

    (6) Date of result _____

  (c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition,
     application or motion?
    (1) First petition, etc.     Yes ☐ No ☐
    (2) Second petition, etc.   Yes ☐ No ☐

  (d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or
treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach
pages stating additional grounds and facts supporting same.

    <u>CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional
grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each
statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have
other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which
you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The
motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of
    the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: __Unconstitutional law__
    __See, Johnson v. United States, 135 S. Ct. 2551 (2015)__

Supporting FACTS (state *briefly* without citing cases or law)
    __See, attached memorandum of law.__

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law):

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law):

AO 243 (Rev. 5/S5)

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

The grounds were not raised because they represent a new rule

of constitutional law.

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____

_____

(b) At arraignment and plea _____

_____

(c) At trial _____

_____

(d) At sentencing _____

_____

AO 243 (Rev. 5/85)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6-14-2016
(date)

_Alton Montino_
Signature of Movant

(7)

Alton Montina - 59067-004
Federal Correctional Institution
P.o. box 779800 (Low)
Miami, FL. 33177

United States District Court
Southern District of Florida
Office of the clerk — Room 8 N09
400 North Miami Avenue
Miami, Florida 33128 — 7716

USMS INSPECTED
By

7009 2820 0001 7394 b259







